UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TRENTON BOSTOCK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:18-cv-02565-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 19), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $3,940.00 under 28 U.S.C. § 2412 and no costs under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: February 08, 2019

_____
JOHN D. EARLY
United States Magistrate Judge